FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BUECHEL,<br><br>            Plaintiff,<br><br>v.<br><br>SOLGEN POWER LLC,<br><br>           Defendant. | No. 2:24-CV-00219-MKD<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND AND CLOSING FILE**<br><br>ECF No. 13 |

Before the Court is the parties' Stipulated Motion to Remand, ECF No. 13, requesting remand of the above-captioned matter to the Superior Court for the State of Washington for Spokane County. Attorney Stephen M. Bergman represents Plaintiff. Attorneys Kathryn P. Fletcher and Adam T. Pankratz represent Defendant. The Court has reviewed the motion and the record and is fully informed. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion to Remand, **ECF No. 13**, is **GRANTED**.

2. The above-captioned case be **REMANDED**, without prejudice, to the Superior Court for the State of Washington for Spokane County.

ORDER - 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to file this
2  order, provide copies to the parties and the clerk of the Spokane County Superior
3  Court, and **CLOSE THE FILE**.
4  DATED September 23, 2024.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 2